# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 DEC 11 PM 1:31

DEPUTY CLERK _____

ANSON CHI
Plaintiff

v.

JOHN DOE #1, et al.
Defendant

3-13CV-4836 B
Civil Action No.

JURY TRIAL DEMANDED

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.

2. Other material, if any.

a) MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL
b) EXHIBIT 5 - Law Firms, Legal Aid Societies, and Advocacy Organizations Contacted By Plaintiff for Legal Assistance (Ordered Chronologically)

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

Since October 2012, I have assiduously contacted over 60 law firms, legal aid services, and advocacy organizations for legal assistance and referrals but have been unable to obtain the services of counsel from any of them (see Exhibit 5). I have attached copies of 5 rejection letters from the following: (1) the Legal Aid of North West Texas; (2) the People's Law Office; (3) Special Litigation Section of the Civil Rights Division of the U.S. Department of Justice; (4) Prison Legal Aid Network (returned mail); and (5) the Puerto Rican Legal Defense.

Date: 11/29/13

Signature: _____

Print Name: ANSON CHI

Address: COLLIN COUNTY DETENTION FACILITY, 4300 Community Ave.

City, State, Zip: McKinney, TX, 75071

Telephone: N/A