March 11, 2015

Dear Office of the Clerk:

Hello, this is Anson Chi, Civil Action No. 3:13-cv-04836-B-BH. I have not received the Order that was filed on February 25, 2015. Please mail me the Order. (By the by, I was only sent two copies of the Notice of Electronic Filing.)

Sincerely,

*[signature]*

Anson Chi

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 17 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy



NORTH TEXAS 1 PDGC
DALLAS TX 750
12 MAR 2015 PM 30 L
FANNIN COUNTY JAIL
OUT GOING MAIL

Office of the Clerk
United States District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242-1310

ANSON CHI
4458177
FANNIN COUNTY JAIL
2389 Silo Road
Bonham, TX 75418

# United States District Court
## Northern District of Texas

*Dallas Division*

March 17, 2015

Mr. Anson Chi #44588-177
Fannin County Jail
2389 Silo Road
Bonham, TX  75418

Re: Your correspondence received in the U.S. District Clerk's Office on March 17, 2015
    processed by: bdb
    Case No./Style (if known): 3:13-cv-4836-B-BH

Mr. Chi,

Enclosed please find a copy of the docket sheet in the above referenced matter.  You indicate in the letter we received from you on 3/17/2015 that you received the Notice of Electronic Filing of document number 28 filed on 2/25/2015.  Please note that the Notice of Electronic Filing is notice of an electronic order which contains the entire order.  There is not a separate paper document for this particular order.

APPEAL,CLOSED,IFP,JURY,M/IFP,RAMIREZ,SCREEN

# U.S. District Court
## Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:13-cv-04836-B-BH

Chi v. John Doe # 1et al  
Assigned to: Judge Jane J Boyle  
Referred to: Magistrate Judge Irma Carrillo Ramirez  
Case in other court: 14-10261  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 12/11/2013  
Date Terminated: 02/03/2014  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner Pet/Other: Civil Rights  
Jurisdiction: Federal Question  

**Plaintiff**

Anson Chi   represented by   Anson Chi  
#44588-177  
Fannin County Jail  
2389 Silo Road  
Bonham, TX 75418  
PRO SE  

V.

**Defendant**

John Doe # 1et al

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2013 | 1 | New Case Notes: A filing fee has not been paid. File to writ clerk/staff attorney. SCREEN case referral set and case referred to Magistrate Judge Ramirez (see Special Order 3). Initiating documents received by mail. No prior sanctions found. (For court use only - links to the national and circuit indexes.) Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Ramirez). Clerk to provide copy to plaintiff if not received electronically. (ctf) (Entered: 12/11/2013) |
| 12/11/2013 | 2 | Notice and Instruction to Pro Se Party. (ctf) (Entered: 12/11/2013) |
| 12/11/2013 |   | ***Clerk's Notice of delivery: (see NEF for details) Docket No:1, 2. Wed Dec 11 13:58:36 CST 2013 (crt) (Entered: 12/11/2013) |
| 12/11/2013 | 3 | COMPLAINT WITH JURY DEMAND against John Doe # 1et al filed by Anson Chi. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, |

| | | |
|---|---|---|
| | | instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership (ctf) (Entered: 12/11/2013) |
| 12/11/2013 | 4 | MOTION for Leave to Proceed in forma pauperis with certificate of trust account filed by Anson Chi. (ctf) (Entered: 12/11/2013) |
| 12/11/2013 | 5 | MOTION to Appoint Counsel filed by Anson Chi. (ctf) (Entered: 12/11/2013) |
| 12/11/2013 | 6 | Memorandum of Law in Support filed by Anson Chi re 5 MOTION to Appoint Counsel. (ctf) (Entered: 12/11/2013) |
| 12/11/2013 | 7 | Affidavit in Support filed by Anson Chi re 5 MOTION to Appoint Counsel. (ctf) (Entered: 12/11/2013) |
| 12/16/2013 | 8 | ORDER granting 4 Motion for Leave to Proceed In Forma Pauperis. Clerk to mail this order to the attention of the Inmate Trust Fund Department at the facility where the inmate resides. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 12/16/2013) (axm) (Entered: 12/16/2013) |
| 12/16/2013 | 9 | ORDER denying without prejudice 5 Motion to Appoint Counsel. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 12/16/2013) (axm) (Entered: 12/16/2013) |
| 12/16/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:8,9. Doc 8 mailed to Inmate Trust Fund Department Mon Dec 16 15:32:17 CST 2013 (crt) (Entered: 12/16/2013) |
| 12/19/2013 | 10 | Findings, Conclusions, and Recommendation: Plaintiff's complaint should be DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). This dismissal will count as a "strike" or "prior occasion" within the meaning 28 U.S.C. § 1915(g). (Ordered by Magistrate Judge Irma Carrillo Ramirez on 12/19/2013) (mcrd) (Entered: 12/19/2013) |
| 12/19/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:10. Thu Dec 19 15:31:56 CST 2013 (crt) (Entered: 12/19/2013) |
| 01/02/2014 | 11 | OBJECTION filed by Anson Chi to 9 Order on Motion to Appoint Counsel (svc) (Entered: 01/02/2014) |
| 01/06/2014 | 12 | OBJECTION filed by Anson Chi re: 10 Findings and Recommendations. (ctf) (Entered: 01/06/2014) |
| 01/08/2014 | 13 | Motion for Extension of Time to File Objections to 10 Findings and Recommendations filed by Anson Chi. (ctf) (Entered: 01/08/2014) |
| 01/09/2014 | 14 | ORDER re: plaintiff's 13 Motion to Extend Time. Because the plaintiff's objections have already been received and were mailed within the 14 period for filing objections, the motion for an extension of time is denied as moot. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 1/9/2014) (mcrd) (Entered: 01/09/2014) |

| 01/09/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:14. Thu Jan 9 09:29:25 CST 2014 (crt) (Entered: 01/09/2014) |
|---|---|---|
| 02/03/2014 | 15 | Order Accepting 10 Findings and Recommendation of the United States Magistrate Judge. (Ordered by Judge Jane J Boyle on 2/3/2014) (jrr) (Entered: 02/03/2014) |
| 02/03/2014 | 16 | JUDGMENT: Plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 1915(e)(2)(B)(i). (Ordered by Judge Jane J Boyle on 2/3/2014) (jrr) (Entered: 02/03/2014) |
| 02/03/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:15,16. Mon Feb 3 13:58:02 CST 2014 (crt) (Entered: 02/03/2014) |
| 03/04/2014 | 17 | NOTICE OF APPEAL to the Fifth Circuit by Anson Chi. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. (jrr) (Entered: 03/04/2014) |
| 03/04/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:17. Tue Mar 4 16:13:08 CST 2014 (crt) (Entered: 03/04/2014) |
| 03/06/2014 | 18 | NOTICE OF APPEAL to the Fifth Circuit by Anson Chi. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. (jrr) (Entered: 03/10/2014) |
| 03/10/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:18. Mon Mar 10 15:09:18 CDT 2014 (crt) (Entered: 03/10/2014) |
| 03/14/2014 | 19 | Copy Request by Anson Chi with Deputy Clerk Response. (axm) (Entered: 03/19/2014) |
| 03/31/2014 | 20 | Forms Request with Deputy Clerk Response. (tla) (Entered: 04/01/2014) |
| 04/23/2014 | 21 | NOTICE of Change of Address for Pro Se litigant Anson Chi. New address: Fannin County Jail, 2389 Silo Road, Bonham, TX 75418. Updated Prisoner ID Number. (jrr) (Entered: 04/23/2014) |
| 04/23/2014 | 22 | MOTION for Leave to Proceed in forma pauperis on appeal re 17 and 18 Notice of Appeal, filed by Anson Chi. (jrr) Modified on 4/24/2014 to add linkage (svc). (Entered: 04/23/2014) |
| 04/24/2014 | | USCA Case Number 14-10261 for 17 Notice of Appeal, and 14-10290 18 Notice of Appeal, filed by Anson Chi. (svc) (Entered: 04/24/2014) |
| 04/24/2014 | 23 | Recommendation Regarding Request to Proceed in Forma Pauperis on Appeal. The request for leave to proceed in forma pauperis on appeal should be DENIED because the Court should certify pursuant to 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 4/24/2014) (mcrd) (Entered: 04/24/2014) |

| | | |
|---|---|---|
| 04/24/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:23. Thu Apr 24 16:04:24 CDT 2014 (crt) (Entered: 04/24/2014) |
| 05/29/2014 | 24 | ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL. The court certifies that any appeal of this action would not be taken in good faith. re: 23 Findings and Recommendations on Motion re: 22 Motion for Leave to Proceed in forma pauperis on appeal. (Ordered by Judge Jane J Boyle on 5/29/2014) (ykp) (Entered: 06/02/2014) |
| 06/02/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:24. Mon Jun 2 09:52:09 CDT 2014 (crt) (Entered: 06/02/2014) |
| 07/02/2014 | 25 | USCA letter advising appellant challenging district court denial of IFP status. PLRA appeal fees now due and prison authorities to be notified re: 17 Notice of Appeal, filed by Anson Chi, 18 Notice of Appeal, filed by Anson Chi. Clerk to mail separate copy of this letter and relevant order to the attention of the Inmate Trust Fund Department at the facility where the inmate resides. (svc) (Entered: 07/02/2014) |
| 08/04/2014 | 26 | Copy Request by Anson Chi with Deputy Clerk Response. (cea) (Entered: 08/04/2014) |
| 02/23/2015 | 27 | MOTION for Leave to File an Amended Complaint filed by Anson Chi. (tln) (Entered: 02/24/2015) |
| 02/25/2015 | 28 | ELECTRONIC ORDER denying 27 Motion for Leave to File. (Ordered by Judge Jane J Boyle on 2/25/2015) (Judge Jane J Boyle) (Entered: 02/25/2015) |
| 03/10/2015 | 29 | Second NOTICE OF APPEAL to the Fifth Circuit as to 16 Judgment, 24 Order Accepting/Adopting Findings and Recommendations, by Anson Chi. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. (ykp) (Entered: 03/10/2015) |
| 03/10/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:29. Tue Mar 10 13:13:32 CDT 2015 (crt) (Entered: 03/10/2015) |
| 03/10/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:29. Tue Mar 10 13:44:16 CDT 2015 (crt) (Entered: 03/10/2015) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

## U.S. District Court

## Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 2/25/2015 at 7:14 AM CST and filed on 2/25/2015
**Case Name:**         Chi v. John Doe # 1et al
**Case Number:**    3:13-cv-04836-B-BH
**Filer:**
**WARNING: CASE CLOSED on 02/03/2014**
**Document Number:** 28(No document attached)

**Docket Text:**
**ELECTRONIC ORDER denying [27] Motion for Leave to File. (Ordered by Judge Jane J Boyle on 2/25/2015) (Judge Jane J Boyle)**

**3:13-cv-04836-B-BH Notice has been electronically mailed to:**

**3:13-cv-04836-B-BH The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

Anson Chi
#44588-177
Fannin County Jail
2389 Silo Road
Bonham, TX 75418